IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAF-T-GARD INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.: 12-cv-3671 |
| ) | |
| VANGUARD ENERGY SERVICES, L.L.C., ) | |
| VANGUARD ENERGY L.L.C., AND ) | |
| SEMINOLE ENERGY SERVICES, L.L.C., ) | Honorable Joan B. Gottschall |
| ) | |
| Defendants. ) | |

### FINAL APPROVAL ORDER

1. On August 7, 2013, this Court preliminarily approved the Class Settlement Agreement reached between Saf-T-Gard International, Inc. ("Plaintiff") and defendants Vanguard Energy Services, L.L.C., Vanguard Energy, L.L.C., and Seminole Energy Services, L.L.C. ("Defendants").

2. The Court approved a form of notice for the class. The Court is informed that actual notice was sent by First Class Mail to 82 Class Members. There were zero mailings returned as undeliverable. Zero Class Members requested exclusion, and zero objections were filed or received.

3. On November 20, 2013, the Court held a fairness hearing to which Class Members, including those any with objections, were invited. The Court, being fully advised in the premises, hereby orders:

    a. The Court finds that the Class covered by the Settlement

1

                Agreement, and previously certified by the Court is appropriate under FED. R. CIV. P. 23.

      b.      The Court finds that the provisions for notice to the Class satisfy the requirements of FED. R. CIV. P. 23 and due process.

4. The Court finds that the settlement is fair, reasonable, and made in good faith and hereby approves the **CLASS SETTLEMENT AGREEMENT** submitted by the parties, including the release and the payments by Defendants from a Common Settlement Fund of $59,500.00.

5. The Court awards Class Counsel attorney's fees and costs in the amount of $19,635.00, to be paid from the Common Settlement Fund.

6. The Court further approves of and orders Defendants, through the Claims Administrator, to distribute the Common Settlement Fund within 21 days of the entry of this order as follows:

      a.      $19,635.00 payment to Class Counsel.

      b.      Each class member shall be paid $335.00 for each facsimile advertisement Defendants sent to it. Class members shall be paid by check negotiable for 60 days after issuance.

      c.      Any amount of the Common Settlement Fund that remains unclaimed 60 days after issuance of the checks will revert to Defendants.

7. Defendant shall make a payment of $5,000.00 to Plaintiff in addition to the Settlement Fund as an incentive award for its representation of the class

8. As of the Effective Date, Plaintiff and those Class Members who do not opt out of the Settlement Class ("Releasors") fully, finally, and forever settle, release and discharge Defendants and each of their past, present, and future directors, officers, employees,

2

partners, principals, agents, underwriters, insurers, co-insurers, re-insurers, shareholders, attorneys, and any related or affiliated company, including any parent, subsidiary, predecessor, or successor company, from any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, or foreign law right of action or of any other type or form (whether in contract, tort, or otherwise, including statutory, common law, property, and equitable claims), from the beginning of time to the date of this Agreement which Plaintiff or Settlement Class Members have that arise out of, are related to, or are based upon, the conduct alleged in the Lawsuit regardless of whether those claims are known or unknown at the time this Agreement is entered into, and regardless of any information that may be discovered in future and are accordingly barred from pursuing such claims.

9. Defendants to submit a report on final accounting of the Settlement Fund on February 21, 2014.

DATE: Jan 14, 2014   ENTERED: _____
                                Hon. Joan B. Gottschall