IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAF-T-GARD INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-03671 |
| | ) | |
| VANGUARD ENERGY SERVICES, L.L.C., | ) | Judge Joan B. Gottschall |
| VANGUARD ENERGY, L.L.C., and | ) | |
| SEMINOLE ENERGY SERVICES, L.L.C. | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ACCOUNTING OF CLASS ACTION SETTLEMENT

Pursuant to the terms of the Court's January 14, 2014 Final Approval Order (Dkt. #: 65),

Vanguard Energy Services, L.L.C., Vanguard Energy, L.L.C., and Seminole Energy Services,

L.L.C. ("Defendants") submit the following final accounting of Settlement Fund disbursements:

1.      The Common Settlement Fund totaling $59,500 has been distributed as follows:

(a)      A total of $39,865 was distributed to the class members and $30,485 was

claimed by the class members as of January 26, 2014 (at which time the checks were no

longer negotiable pursuant to the Court's order and the parties' agreement.  The Affidavit

of Daniel Waterloo Attesting to Mailing of Payment to Class Members and Plaintiff's

Counsel is attached hereto as Exhibit A.  Exhibit B identifies the Class Members, their

addresses, the amount of the settlement payment to each Class Member, and whether the

payment cleared.  As shown in Exhibit B, 22 Class Members did not cash their checks

(for an uncleared balance of $9,380).  Pursuant to the Final Approval Order, that amount

reverts to the Defendants.  *See* Final Approval Order at ¶ 6(c).

(b)     Class Counsel was awarded and received a total of $19,635 in attorneys'

fees from the Common Settlement Fund.  *See* Final Approval Order at ¶ 6(a); Exhibits A

and B.

2.     Plaintiff Saf-T-Gard received a $5,000 incentive payment.  *See* Final Approval

Order at ¶ 7; Exhibits A and B.

Dated:  February 18, 2014                VANGUARD ENERGY SERVICES, L.L.C.,
                                         VANGUARD ENERGY, L.L.C.,
                                         SEMINOLE ENERGY SERVICES, L.L.C.


                                         By:     /s/ Jonathan M. Wier
                                                 One of Its Attorneys

                                                 David M. Stahl (dstahl@eimerstahl.com)
                                                 Jonathan M. Wier (jwier@eimerstahl.com)
                                                 EIMER STAHL LLP
                                                 224 S. Michigan Ave., Suite 1100
                                                 Chicago, IL 60604
                                                 Phone:  312-660-7600
                                                 Fax:  312-692-1718

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2014, I caused a copy of the foregoing ***<u>Final Accounting of Class Action Settlement</u>*** to be electronically filed using the Court's ECF system, which will automatically serve this filing on the following counsel of record:

Keith J. Keogh
Craig Shapiro
Timothy Sostrin
KEOGH LAW, LTD.
101 N. Wacker Dr., Suite 605
Chicago, IL 60606
312.726.1092
312.726.1093 (fax)

/s/ Jonathan M. Wier